IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES R. KETTLE,<br><br>  Plaintiff,<br><br>  vs.<br><br>CITY OF MODESTO, et al.,<br><br>  Defendants.<br>_____/ | 1:06-CV-1156 AWI DLB P<br><br>ORDER TO SUBMIT APPLICATION<br>TO PROCEED IN FORMA PAUPERIS<br>**OR** FILING FEE |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has requested leave to proceed in forma pauperis, however, plaintiff has not submitted an application to proceed in forma pauperis on the appropriate form pursuant to 28 U.S.C. § 1915, nor has he paid the $350.00 filing fee. Accordingly, IT IS HEREBY ORDERED that:

  1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis.

  2. Within thirty days of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis, or in the alternative, pay the $350 filing fee for this action. Failure to comply with this order will result in a recommendation that this action be dismissed.

  IT IS SO ORDERED.

**Dated:** September 19, 2006          /s/ Dennis L. Beck
3c0hj8                    UNITED STATES MAGISTRATE JUDGE