# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES R. KETTLE, SR., | 1:06cv01156 AWI DLB PC |
| Plaintiff, | ORDER DIRECTING CLERK OF COURT TO REDESIGNATE ACTION AS A REGULAR CIVIL CASE |
| v. | |
| DETECTIVE BANKS, et al., | |
| Defendants. | |

Plaintiff Charles E. Kettle ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis in this action, filed his complaint pursuant to 42 U.S.C. § 1983 on August 11, 2006. Pursuant to the Court's order dismissing the complaint with leave to amend, he filed a seconded amended complaint on April 28, 2008. Review of the second amended complaint reveals that Plaintiff's civil rights case does not involve the conditions of his confinement.

Therefore, the Clerk of Court is DIRECTED to redesignate this action to reflect that it is a regular civil case.

No scheduling conference should be set at this time.

IT IS SO ORDERED.

Dated: **February 4, 2009**         **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1