# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES R. KETTLE, SR., | 1:06cv01156 AWI DLB |
| Plaintiff, | ORDER VACATING JANUARY 16, 2008, FINDINGS AND RECOMMENDATION |
| v. | (Document 19) |
| DETECTIVE BANKS, et al., | |
| Defendants. | |

Plaintiff Charles E. Kettle ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis in this action, filed his complaint pursuant to 42 U.S.C. § 1983 on August 11, 2006.

On January 16, 2008, the Court issued Findings and Recommendation that the action be dismissed for Plaintiff's failure to keep the Court notified of his current address. On February 21, 2008, Plaintiff filed his notice of change of address with the Court and the action went forward. However, the Findings and Recommendation was not vacated.

Accordingly, pursuant to Plaintiff's compliance with the requirement to keep his address current, the January 16, 2008, Findings and Recommendation is VACATED.

IT IS SO ORDERED.

Dated: **February 13, 2009**              **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1